UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

ANTHONY PAGLIA,

           Case No. 2:15-cv-10904-AC-MJH

 Plaintiff,        Judge Avern Cohn

-v-

BRUCE MILNES, INC.,
JP MORGAN CHASE BANK, N.A., and
WS AFTERMARKET SERVICES CORPORATION,

 Defendants.

_____/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AS TO ALL PARTIES**

    At a session of said Court held in the
    City of Detroit, County of Wayne,
    State of Michigan on:  July 13, 2015

     PRESENT:  Hon. Avern Cohn
     U.S. DISTRICT COURT JUDGE

 This matter having come on through the stipulation of the parties and the Court being otherwise fully advised in the premises;

 **IT IS FURTHER ORDERED** that any and all claims that have been plead or could have been plead as part of the Complaint are dismissed with prejudice and without costs as to all parties, as the parties agreed to a written settlement in this matter;

**IT IS FURTHER ORDERED** that this Order resolves all pending claims plead in the above captioned matter and closes the case in its entirety.

                                        s/Avern Cohn
                                        U.S. DISTRICT COURT JUDGE
                                        Dated: July 13, 2015

*AGREED AS TO FORM*:

| | |
|---|---|
| _/s/ Adam G. Taub_ (w/permission)_ | */s/ Coriann Gastol* |
| Adam G. Taub (P48703) | Eric R. Bowden (P63118) |
| Attorney for Plaintiff | Coriann Gastol (P74904) |
| 17200 West 10 Mile Road, Suite 200 | Attorneys for Defendants Marty |
| Southfield, MI 48075 | Feldman Chevrolet, Inc. and JP |
| (248) 746-3790 | Morgan Chase Bank, N.A. |
| adamgtaub@clgplc.net | 40701 Woodward Ave, Suite 50 |
| | Bloomfield Hills, MI 48304 |
| | (248) 645-9300 |
| | erb@colombopc.com |
| | cg@colombopc.com |

*/s/ Theodore J. Greeley  (w/permission)*
Lori McAllister (P39501)
Theodore J. Greeley (P77862)
Attorneys for Defendant WS Aftermarket Services Corporation
Dykema Gossett PLLC
201 Townsend Street, Suite 900
Lansing, MI 48933
Telephone: (517) 374-9100
Facsimile: (855) 256-1484